# UNITED STATES DISTRICT COURT
for the

_____Western_____ District of _____Virginia_____

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
PKe
MAR 25 2008
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

United States of America )
v. )
Gino Darnell Patrick )
) Case No: 7:99CR00094-001
) USM No: 08262-084
Date of Previous Judgment: March 20, 2000 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____144*_____ months **is reduced to** _____130 months*_____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____25_____   Amended Offense Level: _____23_____
Criminal History Category: _____IV_____   Criminal History Category: _____IV_____
Previous Guideline Range: __84__ to __105__ months   Amended Guideline Range: __70__ to __87__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
*Defendant's total sentence includes 60 months on the 924(c) count.

Except as provided above, all provisions of the judgment dated _____3/20/2000_____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3-25-08

Effective Date: ~~3/3/08~~ 4-7-08
(if different from order date)

Judge's signature

Jackson Kiser, Senior United States District Judge
Printed name and title